# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**GOOD SPORTS, INC.**

    Plaintiff,

vs.

**CAFEPRESS.COM, INC.**
    and
**JOHN DOE(s)**
    Defendants

**CASE NO.:**

**DATE: February 27, 2008**

_____/

## COMPLAINT WITH INJUNCTIVE RELIEF AND ORDER OF SEIZURE SOUGHT

Plaintiff GOOD SPORTS, INC. (hereinafter, "Plaintiff" or "GOOD SPORTS"), by and through its undersigned counsel, for its Complaint against defendants CAFEPRESS.COM INC. and JOHN DOE(s) (hereinafter, "Defendants" or "CAFEPRESS") states the following. Allegations are made on belief and are premised on the belief that the same are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## THE PARTIES

1. Plaintiff GOOD SPORTS is a corporation which is organized and doing business under the laws of the State of Connecticut, with its principal place of business located at 349 Progress Drive, Manchester, Connecticut.

2. Defendant CAFEPRESS.COM, Inc., upon information and belief, is a Delaware corporation, with an office located at 1850 Gateway Drive Suite 300, San Mateo, California. Defendant CAFEPRESS.COM, upon information and belief, operates an internet business that produces and sells products bearing various artwork designs, including unauthorized copies of the copyrighted artwork of the plaintiff.

3. Defendant(s) JOHN DOE(s), upon information and belief, own the website www.skullshock.com, which is operated on their behalf by defendant CAFEPRESS.COM.

4. The defendants individually and collective have profited and continue to profit from the infringement of the plaintiff's copyrighted artwork.

# BACKGROUND

5.	Plaintiff owns all right, title and interest to several hundred Federal Registered Copyrights including but not limited to; VAu 568-588 "Skull and Crossbones" (collectively "Copyrighted Artwork").

6.	Plaintiff manufactures, distributes and sells a variety of apparel items, including but not limited to a shirts, embroidered patches, jackets, bandannas and other items containing the aforementioned Copyrighted Artwork.

7.	Upon information and belief, Defendants operate an online storefront and website over the internet which offers for sale, produces and distributes a variety of apparel products and other items bearing unauthorized copies of the plaintiff's copyrighted artwork.

# NATURE OF ACTION

8.	This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §101 et seq., and the Lanham Act, 15 U.S.C. §1051 et seq., based on the defendant's misappropriation, copying and creation of derivative works based upon the Copyrighted Artwork .

9.	This is an action for unfair trade practices under the Connecticut Unfair Trade Practices Act , Conn. Gen. Stat. § 45-110 et seq. , and unfair competition under the common law of the

State of Connecticut, and is based on the Defendant's adoption and use of the plaintiff's established rights in their Copyrighted Artwork.

## JURISDICTION AND VENUE

10. This Court has jurisdiction over this action pursuant to 28 U.S.C. 1338(a) (acts of Congress relating to copyrights and trademarks) namely, the Copyright Act of 1976, 17 U.S.C. §101 et seq., 28 U.S.C. 1338(b) (pendent unfair competition claims) and 28 U.S.C. § 1332(a) (diversity of citizenship).

11. Venue is proper in this district pursuant to 28 U.S.C. §1400(a) and 1391(b) and (c), as the Defendants are businesses subject to personal jurisdiction and is therefore deemed to reside here for purposes of venue.

## FACTS COMMON TO ALL COUNTS

12. Plaintiff GOOD SPORTS authored in 1999 and has owned continuously since that time artwork titled "Skull and Crossbones" as illustrated in Exhibit I which is attached hereto. GOOD SPORTS has published "Skull and Crossbones" in varying derivations using a variety of color schemes however the pre-dominate color scheme associated with the work has been white bones crossed beneath a skeleton skull.

13.     The Skull and Crossbones artwork is copyrightable subject matter under the laws of the United States. Plaintiff GOOD SPORTS owns Federal Copyright Registration # VAu-568-588 dated October 30, 2002 for "Skull and Crossbones" for which a copy for the Federal Registration is attached as Exhibit I hereto.

14.     The "Skull and Crossbones" work (hereafter referred to as the "GOODS SPORTS ARTWORK") is the legally owned work of GOOD SPORTS. The design depicted in the GOOD SPORTS ARTWORK and all the exclusive copyrights including derivative works thereof are entitled to copyright protection.

15.     Plaintiff GOOD SPORTS has manufactured and sold numerous embroidered patches, decals, tee-shirt and other items incorporating individual designs from the GOOD SPORTS ARTWORK beginning in 2000. GOOD SPORTS has expended substantial resources in designing, promoting, manufacturing and selling products bearing the GOOD SPORTS ARTWORK. Plaintiff GOOD SPORTS has built a valuable business and demand for its distinctively-styled, quality tee-shirts, decals, embroidered patches and other items bearing the GOOD SPORTS ARTWORK. GOOD SPORTS has become identified in the minds of the public as the provider of products bearing the designs from the GOOD SPORTS ARTWORK.

15.     At some date, at least as early as September 2008, upon information and belief, Defendants caused to be offered for sale, manufactured, and sold to the public items bearing the GOOD

SPORTS ARTWORK . Such CAFEPRESS products are not only substantially similar, but strikingly similar to the design of the GOOD SPORTS ARTWORK.

16. A picture of the SkullShock product no. 104691417 "Value T-Shirt Rebel Flag" which infringes GOOD SPORTS' copyright in "Skull and Crossbones" is attached hereto as Exhibit II and is representative of the defendants' infringement. Defendants have copied the GOOD SPORTS ARTWORK and created unauthorized derivative works from artwork which are substantially similar to the Good Sports designs and offered its product in the same color combinations as the aforementioned GOOD SPORTS' work.

17. Defendants have offered for sale, manufactured and sold at least fifty-one different items bearing the GOOD SPORTS ARTWORK. An itemized list of the defendants' part numbers is attached as Exhibit III.

18. A picture of the SkullShock product no. 124230435 "Value T-Shirt Rebel Pride" which infringes GOOD SPORTS' copyright in "Skull and Crossbones" is attached hereto as Exhibit IV and is representative of the defendants' infringement. Defendants have copied the GOOD SPORTS ARTWORK and created unauthorized derivative works from the artwork which are substantially similar to the Good Sports designs and offered its product in the same color combinations as the aforementioned GOOD SPORTS' work.

19. Defendants have offered for sale, manufactured and sold at least sixty different items bearing the GOOD SPORTS ARTWORK. An itemized list of the defendants part numbers is attached as Exhibit V.

**COUNT ONE**

**COPYRIGHT INFRINGEMENT**

20. Paragraphs 1 through 19 are incorporated herein as though set forth in their entirety.

21. Defendants unlawfully and willfully copied all or part of the GOOD SPORTS ARTWORK in violation of GOOD SPORTS' copyright in both design and color combinations.

22. With full knowledge of Plaintiff's rights herein, Defendants have infringed and continue to infringe GOOD SPORTS' copyrights by making or having made goods bearing an unauthorized copy of the GOOD SPORTS ARTWORK and then selling and distributing products containing said artwork throughout the United States. Such copying was done by Defendants without the consent, approval or license of GOOD SPORTS. Defendants' products contain wholesale copies of GOOD SPORTS' works, all in violation of its copyrights.

23. The Defendants' products in appearance and color are not only substantially similar, but are strikingly similar to each design of the GOOD SPORTS ARTWORK exuding the same "look and feel" as GOOD SPORTS' copyright.

24. Defendants' product dilute the market and serve to destroy the distinctiveness of GOOD SPORTS' copyrighted works.

25. GOOD SPORTS has lost substantial revenue from Defendants unlawful and willful copying of the GOOD SPORTS ARTWORK and therefore the value of GOOD SPORTS' copyrighted material has been diminished.

26. GOOD SPORTS sale of it own works and derivative works is prejudiced by Defendants copyright infringement.

27. Defendants' acts as aforesaid violate GOOD SPORTS' exclusive rights under §106 of the Copyright Act of 1976, 17 U.S.C. §106, and constitute infringement of his copyrights. Defendants past and continuing copying, distribution and sale of the products constitutes a willful and deliberate infringement of GOOD SPORTS' copyrights and is causing irreparable harm and damage to Plaintiff.

**COUNT TWO**

**UNFAIR COMPETITON**

28. Plaintiff, GOOD SPORTS, repeats and re-alleges paragraphs 1 through 27 and each paragraph is incorporated herein as though set forth in their entirety.

29	This action for unfair competition is a substantial and related claim to Defendant's infringement of GOOD SPORTS' copyrights and pursuant to § 1338(b) of Title 28 of the United States Code, the court has and should assume pendent jurisdiction of this claim.

30.	Defendants, in the unlawful and willful copying of the GOOD SPORTS ARTWORK and placing the designs of the GOOD SPORTS ARTWORK on the Defendants' products, creates a likelihood of confusion among the public that the original source of the defendants' products is GOOD SPORTS and have contributed to the dilution of the distinctive quality of GOOD SPORTS' work and products in the marketplace.

31.	Defendants, by their unauthorized appropriation and use of GOOD SPORTS' copyrighted works, have and are engaging in acts of unfair competition, unlawful appropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on GOOD SPORTS' good will and the public's acceptance of GOOD SPORTS' copyrighted works, all to GOOD SPORTS' irreparable damage.

32.	Defendants' conduct resulting in unfair competition will continue unless enjoined by this court.

## COUNT THREE

## TRADE DRESS

33. Plaintiff repeats and re-alleges paragraphs 1 through 32 as though fully set forth herein in their entirety.

34. When designing and manufacturing its tee-shirts, embroidered patches, decals, jackets and other items GOOD SPORTS through the design of its GOOD SPORTS ARTWORK has adopted a particular dress, design and combination of features to produce a particular visual appearance for the purpose of presenting its goods to the public.

35. Defendants have attempted to imitate GOOD SPORTS' particular design, dress and combination of features, as they pertain to the graphics on the products it sells, in such a way as to mislead the public.

36. The multiplicity of similarities between each and every design in the GOOD SPORTS ARTWORK and those produced and manufactured by Defendants evidence a conscious intent by Defendants to copy and/or imitate GOOD SPORTS.

37. Defendants use of color and combination of colors when copying and/or imitating the GOOD SPORTS ARTWORK evidences a conscious intent of Defendant to imitate and copy GOOD SPORTS.

38. Defendants actions are intended and/or operate to confuse the public.

39. GOOD SPORTS' sale of its own works, derivative works, and expanding the use of its copyrighted artwork on expansion products is prejudiced by Defendants imitation and copying of the GOOD SPORTS ARTWORK, all to GOOD SPORTS' irreparable damage.

///

WHEREFORE, Plaintiff requests that the Court grant them the following relief:

A. Defendants be enjoined during the pendency of this action and permanently thereafter from appropriating and using GOOD SPORTS' copyrighted works;

B. Defendants be enjoined during the pendency of this action and permanently thereafter from selling its infringing products to the public;

C. That the Court order the impoundment and destruction of all products containing materials constituting infringement of the GOOD SPORTS ARTWORK and any other GOOD SPORTS' copyrighted works found in the possession of the Defendants;

D. That Defendants be required to pay to Plaintiff such actual damages as they have sustained as a result of Defendants copyright infringement pursuant to 17 U.S.C. §504(b);

E. That Defendants be required to account for and disgorge to Plaintiff all gains, profits, and advantages derived by its copyright infringement pursuant to 17 U.S.C. 504(b);

F. That Defendants be required to pay Plaintiff statutory damages pursuant to 17 U.S.C. §504(c);

G. That Defendants be required to pay Plaintiff an award of statutory damages due to Defendants' willful infringement pursuant to 17 U.S.C. §504(c)(2);

H. That Defendants be ordered to pay to Plaintiff the costs of this action along with reasonable attorney fees;

J. That Plaintiff be granted such further relief as the Court deems just.

Respectfully submitted,

/s/ mario g ceste

MARIO G. CESTE, Esq.
Fed. Bar No. CT24859
Law Offices of Mario G. Ceste
P.O. Box 82
Wallingford, Connecticut 06492
203-678-6418
801-761-3314 (Fax)
    Email:mgcpls@usa.net

# INDEX OF EXHIBITS

I.      Good Sports "Skull and Crossbones" Copyright Reg. No. VAu568-588

II.     Defendants' Product No. 104691417 "Value T-Shirt Rebel Flag"

III.    Listing of Infringing "REBEL FLAG" Products

IV.    Defendants' Product No. 124230435 "Value T-Shirt Rebel Pride"

V.     Listing of Infringing "REBEL PRIDE" Products

**Exhibit I**

**Good Sports Copyright Reg. No VAu 568-588**

[Certificate of Registration, Short Form VA, United States Copyright Office]

- Registration Number: VAu 568-588
- Effective Date of Registration: 10-28-02
- Application Received: OCT 28 2002
- Deposit Received: OCT 28 2002

1. Title of This Work: Skull and Crossbones
2. Name and Address of Author and Owner of the Copyright: Good Sports, Inc., 349 Progress Dr. P.O. Box 840, Manchester, CT 06040 USA
   Phone: (860) 647-0880  Fax: (860) 647-0104
3. Year of Creation: 1999
4. If work has been published, Date and Nation of Publication: N/A
5. Type of Authorship in This Work: ☑ 2-Dimensional artwork
6. Signature: Authorized agent — X _____
7. Name and Address of Person to Contact for Rights and Permissions: Jerome Berkowitz, 349 Progress Dr. Manchester, CT 06040
   Phone: (860) 647-0880  Fax: (860) 647-0104

Certificate will be mailed in window envelope to this address:
Jerome Berkowitz
349 Progress Dr.
Manchester, CT 06040



**EXHIBIT II**



# EXHIBIT III

104691417 Value T Shirt
104691404 Fitted T Shirt
104691408 Organix T Shirt
104691409 White T Shirt
104691407 Ringer T Shirt
104691405 Light T Shirt
104691406 Sleevless Men's T Shirt
104691411 Baseball T Shirt
104691410 Yellow T Shirt
104691414 Long Sleeve T Shirt
104691413 Sweatshirt
104691412 Hooded Sweatshirt
104691403 Boxer Shorts
104691401 Women's Long Sleeve T Shirt
104691399 Women's Cap Sleeve T-Shirt
104691398 Jr Jersey T-Shirt
124191307 Wonen's Plus Size Scoop Neck
124191308 Women's Plus Size V Neck T Shirt
124191309 Women's V Neck T Shirt
104691397 Jr spaghetti tank
104691396 Jr Ringer T Shirt
104691395 Women's Light T Shirt
104691394 Women's T Shirt
104691393 Women;s Tank Top
104691392 Jr Hoodie
104691391 Jr Raglan
104691389 Classic Tong
124191292 Infant Bodysuit
264087481 Kids Dark T Shirt
124191293 Infant/Toddler T Shirt
124191296 Kids Light T Shirt
124191297 Kids Sweatshirt
124191286 BBQ Apron
124191287 Bib
124191288 Cap
124191289 Dog T Shirt
124191291 Greeting Cards
124191294 Journal
124191295 Ornament
124191299 Messenger Bag
124191306 Tote
124191300 Mousepad
124191302 Throw pillow
124191298 Large Mug
289331539 Ceramic Travel Mug
124191301 Mug
124191303 Stein
124191304 Teddy Bear
124191290 Framed Tile
124191305 Keepsake Box
124191310 Calendar Print

**Exhibit IIV**



# EXHIBIT V

167112037 Mousepad
124230435 Value T Shirt
124230391 Dark T Shirt
124230436 White T Shirt
124230415 Light T Shirt
124230418 Ringer T Shirt
124230383 Baseball Jersey
124230419 Men's Sleeveless Tee
124230393 Fitted T Shirt
124230397 Green T Shirt
124230453 Yellow T Shirt
124230430 Sweatshirt
124230423 Organic Cotton Tee
124230416 Long Sleeve Dark Tee
124230417 Long Sleeve T Shirt
124230399 Hooded Sweatshirt
124230396 Golf Shirt
124230385 Boxer Shorts
124230390 Classic Tong
124230403 Jr Jersey T Shirt
124230404 Jr Hoodie
124230405 Jr. Raglan
124230406 Jr Ringer T Shirt
124230407 Jr Spaghetti Tank
124230448 Women's T Shirt
124230449 Women's Tank Top
124230451 Women's V Neck T Shirt
124230437 Women's Long Sleeve Dark T Shirt
124230438 Women's Cap Sleeve T Shirt
124230439 Women's Dark T Shirt
124230440 Women's V Neck Dark T Shirt
124230441 Women's Light T Shirt
124230442 Women's Long Sleeve T Shirt
124230443 Women's Plus Size Scoop Neck Dark
124230444 Women's Plus Size V Neck Dark T
124230446 Women's Plus Size V Neck T-S
124230445 Women's Plus Size Scoop Neck T-S
124230447 Women's Raglan Hoodie
124230450 Women's Tracksuit
124230408 Kids Baseball Jersey
124230409 Kids Dark T Shirt
124230410 Kids Hoodie
124230411 Kids Light T Shirt
124230412 Kids Sweatshirt
124230400 Infant Bodysuit
124230401 Infant/Toddler T Shirt
124230384 Bib
124230431 Teddy Bear
124230392 Dog T Shirt
124230395 Framed Tile
124230432 Keepsake Box

124230433 Tile Coaster
124230402 Journal
124230414 Large Mug
289331540 Ceramic Travel Mug
124230422 Mug
124230428 Stein
124230420 Messenge Bag
124230434 Tote Bag
124230452 Calendar Print